ANTON STRITTMATTER, Respondent, *v.* THE TRUSTEES OF THE SAILORS SNUG HARBOR IN THE CITY OF NEW YORK, Appellant.

(Argued April 1, 1931; decided April 16, 1931.)

*Edward P. Mowton* for appellant.
*Van M. Logan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.